UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
  :
JOSELYN MASSA,   :
  :
                           Plaintiff,   :
  :      24 Civ. 8756 (JPC)
           -v-   :
  :      <u>ORDER</u>
COMMISSIONER OF SOCIAL SECURITY,   :
  :
                        Defendant.   :
  :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On December 30, 2024, the Court issued an Order directing the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Ona T. Wang.  Dkt. 5.  If either party did not consent, the Court requested a joint letter advising of this by January 13, 2025.  *Id.*  The Court has not received any update from the parties and respectfully reminds them to comply with the Order filed on December 30, 2024.  They shall file the requested joint letter by January 21, 2025.

       SO ORDERED.

Dated: January 14, 2025
       New York, New York
                                                             JOHN P. CRONAN
                                                             United States District Judge