**MEMO ENDORSED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSELYN MASSA,

                Plaintiff,

vs.                                            Civil Action No.:
                                                      1:24-CV-08756

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT
OF TIME TO FILE PLAINTIFF'S BRIEF**

      **PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed Plaintiff moves this Court, on submission, for an Order granting Plaintiff an extension of thirty (30) days to file Plaintiff's brief, which is currently due on February 20, 2025.  This is Plaintiff's first request for an extension and is necessary because of other press of business and because counsel is away for an extended of period of time.

      Plaintiff has contacted counsel for Defendant who consents to this motion.

Dated:  January 27, 2025

                                                       Respectfully submitted,

                                       By:  /s/ Louis R. Burko
                                            LOUIS R. BURKO
                                            Severance, Burko, Spalter, Masone, P.C.
                                            16 Court Street, Suite 2400
                                            Brooklyn, NY 11241
                                            (718)-624-2300
                                            Fax (718)-522-3766
                                            Louis_Burko@sbscomplaw.com

Application **GRANTED**.

Plaintiff's brief is due **March 24, 2025**. Defendant's brief is due **April 30, 2025**. Plaintiff's Reply is due **May 14, 2025.**

**SO ORDERED.**

_____
Ona T. Wang
U.S.M.J. 2/5/2025