**MEMO ENDORSED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSELYN MASSA,

                Plaintiff,

vs.                                              Civil Action No.:
                                              1:24-CV-08756

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

## PLAINTIFF'S *NUNC PRO TUNC* MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND MEMORANDUM IN SUPPORT

**PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed Plaintiff moves this Court, on submission, for an Order granting Plaintiff an extension, *nunc pro tunc*, to file her motion for judgment on the pleadings to today, March 26, 2025.

Plaintiff's brief was due on March 24, 2025. However, due to a calendaring error the brief was not timely filed under the schedule and the missed deadline was not discovered until today. In light of this error, Plaintiff kindly requests an extension, *nunc pro tunc*, to file his brief as timely as of March 26, 2025.

Counsel for Plaintiff has contacted Defendant who kindly consents to this motion.

Dated: March 26, 2025                            Respectfully Submitted,

                                           By:   /s/ Louis R. Burko
                                                     LOUIS R. BURKO
                                                     Severance, Burko, Spalter, Masone, P.C.
                                                     16 Court Street, Suite 2400
                                                     Brooklyn, NY 11241
                                                     (718)-624-2300
                                                     Fax (718)-522-3766
                                                     Louis_Burko@sbscomplaw.com

**Application GRANTED.**

**SO ORDERED.**

_____
Ona T. Wang
U.S.M.J. 3/27/2025